UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
GRACIELA DONCOUSE,                                           :
                                       Plaintiff,            :
                                                             :         25 Civ. 5629 (LGS)
               -against-                                     :
                                                             :              ORDER
LA MERIDIANA, LTD., and                                      :
WEST VILLAGE ASSOCIATES, LLC,                                :
                                       Defendants.           :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, the initial pretrial conference in this matter is scheduled for September 2, 2025;

   WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

   **ORDERED** that the September 2, 2025, initial pretrial conference is **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

   **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

   **ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation is **GRANTED**.  The referral will issue in a separate order.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: August 26, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE